GALE
v.
O'BRYAN.

*A declaration commencing in debt, setting forth a bond, with a special condition, and concluding with an assignment of breaches, as in covenant, is good.*

GALE AND STANLEY *against* O'BRYAN.

THIS was an action of debt, of a plea that the defendant render to the plaintiff 1,000 dollars, which he owes to, and unjustly detains from him. The declaration set forth the *bond* of the defendant for 1,000 dollars, and the *condition*, which was, that the defendant should deliver up the peaceable possession of certain premises, in good order, &c., pursuant to his covenant and agreement, &c., on or before the 1st *December*, then next; and alleged a breach of the covenant, (stating it particularly,) "and therefore the said *T. O'Bryan*, his covenant, aforesaid, with the said *Gale* and *Stanley*, hath not kept, although often requested, but hath broken the same; wherefore, the said *Gale* and *Stanley* say they are injured, and have sustained damages to the value of 1,000 dollars, and therefore they bring suit," &c.

The defendant demurred to the declaration, and the plaintiff joined in demurrer; which was submitted to the court, without argument.

*Per Curiam.* This case has been submitted without argument, and the ground for the demurrer is stated to be, that the declaration commences in debt, and concludes by assigning breaches in covenant. The declaration is precisely in the form recommended by Sergeant *Williams*, in his note to 1 *Saund.* 58. He advises, that after the words "should be thereunto required," to set forth the condition and breaches, concluding as in a declaration in covenant. The court see no ground to question the fitness and accuracy of the precedent.

Judgment for the plaintiff.